UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

  v.

JOWAUN PIERRE WILSON,

       Defendant.

_____/

**INDICTMENT**

The Grand Jury charges:

## COUNT 1
### (Felon in Possession of a Firearm)

From on or about November 9, 2025, through on or about February 5, 2026, in Berrien County, in the Southern Division of the Western District of Michigan,

JOWAUN PIERRE WILSON

knowing he had previously been convicted of one or more crimes punishable by imprisonment for a term exceeding one year, knowingly possessed a loaded Glock Model 21, .45 caliber pistol bearing an obliterated serial number, and the firearm was in and affecting commerce.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 921(a)
18 U.S.C. § 924(a)(8)

## COUNT 2
### (Felon in Possession of Ammunition)

From on or about November 9, 2025, through on or about February 5, 2026, in Berrien County, in the Southern Division of the Western District of Michigan,

JOWAUN PIERRE WILSON

knowing he had previously been convicted of one or more crimes punishable by imprisonment for a term exceeding one year, knowingly possessed PMC .380 caliber ammunition, Hornady .38 special ammunition, Blazer .45 caliber ammunition, and assorted .40 caliber ammunition, and the ammunition was in and affecting commerce.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 921(a)
18 U.S.C. § 924(a)(8)

## <u>COUNT 3</u>
**(Possession of Firearm with an Obliterated Serial Number)**

From on or about November 9, 2025, through on or about February 5, 2026, in Berrien County, in the Southern Division of the Western District of Michigan,

JOWUAUN PIERRE WILSON

knowingly possessed a firearm, that is, a loaded Glock Model 21, .45 caliber pistol, that had been shipped and transported in interstate or foreign commerce and the defendant knew that the manufacturer's serial number had been removed, altered, and obliterated.

18 U.S.C. § 922(k)
18 U.S.C. § 924(a)(1)(B)

## FORFEITURE ALLEGATION

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

Upon conviction of an offense in violation of 18 U.S.C. § 922(g)(1) or 18 U.S.C. § 922(k) or both, as set forth in this Indictment,

JOWAUN PIERRE WILSON

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearm and ammunition involved in or used in the knowing commission of the offense, including but not limited to:  a Glock Model 21, .45 caliber pistol, PMC .380 caliber ammunition, Hornady .38 special ammunition, Blazer .45 caliber ammunition, and assorted .40 caliber ammunition.

18 U.S.C. § 924(d)(1)
28 U.S.C. § 2461(c)
18 U.S.C. § 922(g)(1)
18 U.S.C. § 922(k)

A TRUE BILL

[ /s/ Redacted ]
_____
GRAND JURY FOREPERSON

TIMOTHY VERHEY
United States Attorney

_____
JULIA M. RUGG
Assistant United States Attorney